IN THE UNITED STATES DISTRICT COURT
                         FOR THE DISTRICT OF COLORADO
                          SENIOR JUDGE JOHN L. KANE

Courtroom Deputy: Bernique Abiakam           Date: August 6, 2013
Court Reporter: Gwen Daniel
Probation Officer: Justine Kozak
Interpreter: Ellen Klaver

Criminal Action No.: 13-cr-00094-JLK

*Parties:*                                    *Counsel:*

UNITED STATES OF AMERICA,                     Beth N. Gibson

    Plaintiff,

v.

RAMON BALDERAMA-ZAMARRON,                     Virginia L. Grady

    Defendant.

---

                          **SENTENCING MINUTES**

---

**9:32 a.m.**     **Court in session**.

Court calls case.  Appearances of counsel.  Defendant present in custody.

Preliminary remarks by the Court.

Discussion regarding guideline calculations.

**Change of Plea Hearing:    May 13, 2013.**

**Defendant plead guilty to Count One of the Indictment.**

Parties received and reviewed the presentence report.

The Government, defense counsel, and defendant were given an opportunity to make statements before sentencing.

Comments and rulings by the Court.

**ORDERED:** **Motion For Below-Guideline Statutory Or "Variant" Sentence (Filed 7/24/13; Doc. No. 24) is GRANTED.**

**THE DEFENDANT IS SENTENCED AS FOLLOWS:**

**IMPRISONMENT:**
Defendant is sentenced as to **Count One** to a term of imprisonment of **time already served**.

**SUPERVISED RELEASE:**
None shall be imposed because the Defendant shall extradited by the U.S. Government.

**FINE:**
No fine is imposed because the defendant has no ability to pay a fine.

**SPECIAL ASSESSMENT FEE:**
Defendant shall pay a Special Assessment Fee of $ 100.00, due immediately.

Defendant is advised of the right to appeal.

**ORDERED:** Defendant is remanded to the custody of the United States Marshal for the District of Colorado for deportation.

**9:59 a.m.** **Court in recess.**
Hearing concluded.
Total in-court time: **27 minutes.**